United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T & T SALVAGE ASIA PTE LTD, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:25cv3591 |
| COHOLD B.V. AND MARIFLEX GROUP B.V, ET AL., *Defendants.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 20, 2026 (Dkt. 26) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. This case is **REMANDED** to the 164th District Court of Harris County, Texas from which it was removed.

**SIGNED** at Houston, Texas this 6th day of February, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE